IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**AFNB HOME CARE, LLC**                                                                 **PLAINTIFF**

VS.                                                             CIVIL ACTION NO. 5:25-cv-23-DCB-BWR

**LATASHA BURKS, SECOND CHANCE
PERSONAL CARE AND RESPITE, LLC and
LENDING LOVE, LLC**                                                                 **DEFENDANTS**

## UNOPPOSED ORDER RESTRICTING ACCESS TO DOCUMENT 46-2

This matter is before the Court on the *Unopposed Motion to Restrict Access to Pleading* filed by Plaintiff, AFNB Home Care, LLC ("AFNB"). AFNB requests that access to view Document 46-2 be restricted to the attorneys of record.

The Court, having been advised that AFNB's motion to restrict access to view Document 46-2 is unopposed, finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that access to view Document 46-2 is restricted to the attorneys of record; and further

ORDERED AND ADJUDGED that AFNB is relieved of the necessity of filing a supporting brief with this motion.

SO ORDERED AND ADJUDGED on this the 27th day of August, 2025.

                                                                s/David Bramlette
                                                          UNITED STATES MAGISTRATE JUDGE

**AGREED BY:**
**AFNB HOME CARE, LLC, PLAINTIFF**


*/s/ Katherine A. Kingren*
**R. ANDREW TAGGART, JR. (MSB# 7422)**
**KATHERINE KINGREN (MSB# 104921)**
**G. LAITHAN SIMMERMAN (MSB #106155)**
TAGGART | RIMES ATTORNEYS, PLLC
910 Washington Avenue
Ocean Springs, MS  39564
Telephone: (228) 205-3921
Facsimile: (601) 898-8420
andy@trattorneys.com
katherine@trattorneys.com
laithan@trattorneys.com

*/s/Paul D. Sullivan*
**LENDING LOVE, LLC, DEFENDANT**
**PAUL D. SULLIVAN (MSB# 8053)**
LAW OFFICE OF PAUL D. SULLIVAN
513 State Street
Natchez, MS 39120
Telephone: 601-334-9741
Fax: 601-445-5033
paul@natchezlegal.com

*/s/ Edward Gibson*
**SECOND CHANCE PERSONAL CARE AND RESPITE, LLC, DEFENDANT**
**EDWARD GIBSON (MSB# 100640)**
GIBSON LAW, P.A.
544 Main Street
Bay St. Louis, MS 39520
Telephone: 228-467-4225
edward@gibsonlawpa.com

*/s/ Warren L. Martin*
**LATASHA BURKS, DEFENDANT**
**WARREN L. MARTIN, JR. (MSB# 101528)**
WARREN L. MARTIN JR., P.A.
351 Edgewood Terrace Drive
Jackson, MS 39206
Telephone: 769-257-6052
Fax: 769-257-6596
attywarrenmartin@gmail.com